# EXHIBIT 1



# EXHIBIT 2


Features

Request Invite or Sign In

# FAQ

## What is Aereo?

Aereo is a technology platform that enables you to watch live broadcast television at home or on the go. With your Aereo membership, you also get a remote, cloud-based DVR to set and watch recordings. To use Aereo all you need is a standard Web browser or a compatible internet-enabled mobile device, no new boxes or cables. For a list of supported browsers and devices, please see below.

## How does Aereo work?

When you become an Aereo member and log in, you are assigned a miniaturized, private, remote antenna and DVR. Aereo offers technology to give consumers access to their antenna and DVR via a web browser and supported internet-enabled device. Once you've connected to your antenna, you can use the Aereo platform to access all major broadcast networks live in HD and use your remote DVR to set recordings and watch your favorite shows when you want.

## What Channels Do I Get?

Aereo's technology enables you to watch and record over 20 TV channels, including all the major networks and a number of local stations that broadcast 24 hours a day. These stations offer a range of programming that includes children's shows, local news, movies, and Spanish language content.

## What web browsers can I use with Aereo?

- Google Chrome
- Safari 5 and higher
- Mozilla Firefox 7 and higher
- Opera 10 and higher

## What Devices Can I Use with Aereo?

**On your mobile device**

Android Tablets
Android Phones
Kindle Fire
iPad
iPad2
iPhone 4 or higher
iPod Touch 4 or higher

**On TV**

Apple TV
Roku

**On your computer**

A PC
Mac
Linux

Other devices are in development



What is Aereo?

How does Aereo Work?

What channels do I get?

What web browsers can I use with Aereo?

What devices can I use with Aereo?

How does the free trial work?

How do I become a member?

Do I need to live in New York City to join Aereo?

Where can I watch TV using Aereo?

Which Credit Cards do you accept?

## How does the free trial work?

When you join Aereo, you will be eligible for a free trial. A credit card is required to start your trial, however, please note that you will not be billed during this free trial period. Near the end of your free trial, you will receive an email alerting you that your free trial is almost over. If you cancel before your free trial ends you will not be billed. If you do not cancel, your credit card will automatically be charged the monthly fee.

## How do I become a member?

To become a member you will need to register your interest at aereo.com. Both options are subject to availability. Because each Aereo member needs access to an antenna to watch or record a show, we need to make sure there are enough antennas available. Please be patient if you register and do not receive an invitation immediately, we are working hard to satisfy demand.

## Do I need to live in New York City join Aereo?

Aereo is available to New York City residents.

## Do I need to live in New York City join Aereo?

Aereo is available to New York City residents.

## Where can I watch TV using Aereo?

You can use Aereo throughout New York City.

## Which Credit Cards do you accept?

We accept American Express, Discover, MasterCard and Visa.

The names, trademarks, and service marks of any listed networks and their programming belong to their respective owners, which neither sponsor nor are affiliated with Aereo.

---

**About**
Home
Features
Using Aereo
How It Works
FAQ's

**Corporate**
Press Room
Contact
Careers

**Connect**
Facebook
Twitter
RSS Feeds

**Blog**
Gaining Yards
By jcannola on 2/28/2012
Hello, World.
By nanov on 2/22/2012
Love is in the Aereo.
By jcannola on 2/14/2012

Visit the blog

The names, trademarks, and service marks of any listed networks and their programming belong to their respective owners, which neither sponsor nor are affiliated with Aereo.
Copyright © 2012 Aereo. All rights reserved.
Terms of Use | Privacy Policy

Tweet 0

# EXHIBIT 3

## TV Programs

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| America's Funniest Home Videos (2118) | 4/1/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 4 |
| America's Funniest Home Videos (2203) | 4/8/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 5 |
| America's Funniest Home Videos (2205) | 4/15/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 6 |
| World News with Diane Sawyer | 3/19/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |
| World News with Diane Sawyer | 3/20/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |
| World News with Diane Sawyer | 3/21/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |
| LIVE! With Kelly | 3/19/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |
| LIVE! With Kelly | 3/20/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |

| | | | | |
|---|---|---|---|---|
| LIVE! With Kelly | 3/21/12 | WABC | American Broadcasting Companies, Inc. | Exhibit 7 (advance notice) |
| Scrubs "My New Game" (4-403) | 3/14/12 | WABC | Disney Enterprises, Inc. | Exhibit 8 |
| Scrubs "My First Kill" (4-404) | 3/15/12 | WABC | Disney Enterprises, Inc. | Exhibit 9 |
| Scrubs "Her Story" (4-405) | 3/16/12 | WABC | Disney Enterprises, Inc. | Exhibit 10 |
| Brothers and Sisters "Leap of Faith" (416) | 3/17/12 | WABC | Disney Enterprises, Inc. | Exhibit 11 |
| Grey's Anatomy "Almost Grown" (705) | 3/18/12 | WABC | Disney Enterprises, Inc. | Exhibit 12 |
| Grey's Anatomy "These Arms of Mine" (706) | 3/18/12 | WABC | Disney Enterprises, Inc. | Exhibit 13 |
| Scrubs "My Cake" (4-406) | 3/18/12 | WABC | Disney Enterprises, Inc. | Exhibit 14 |
| Scrubs "My Common Enemy" (4-407) | 3/19/12 | WABC | Disney Enterprises, Inc. | Exhibit 15 |
| Scrubs "My Last Chance" (4-408) | 3/20/12 | WABC | Disney Enterprises, Inc. | Exhibit 16 |

| 48 Hours Mystery: April 23, 2011 | 3/17/12 | WCBS | CBS Broadcasting Inc. | Exhibit 17 |
| 48 Hours Mystery: September 24, 2011 | 3/24/12 | WCBS | CBS Broadcasting Inc. | Exhibit 18 |
| CBS Evening News with Scott Pelley | 3/19/12 | WCBS | CBS Broadcasting Inc. | Exhibit 19 (advance notice) |
| CBS Evening News with Scott Pelley | 3/20/12 | WCBS | CBS Broadcasting Inc. | Exhibit 19 (advance notice) |
| CBS Evening News with Scott Pelley | 3/21/12 | WCBS | CBS Broadcasting Inc. | Exhibit 19 (advance notice) |
| CBS Evening News with Scott Pelley | 3/22/12 | WCBS | CBS Broadcasting Inc. | Exhibit 19 (advance notice) |
| Hawaii Five-0 – Show # 116 "Powa Maka Moana" | 3/24/12 | WCBS | CBS Studios Inc. | Exhibit 20 |
| 4 NY News @ 11pm | 3/15/12 | WNBC | NBCUniversal Media, LLC | Exhibit 21 (advance notice) |
| 4 NY News @ 11pm | 3/22/12 | WNBC | NBCUniversal Media, LLC | Exhibit 21 (advance notice) |
| Brooklyn Without Limits – (30 Rock) | 3/14/12 | WNYW | NBC Studios, Inc. (now known as NBC Studios, LLC) | Exhibit 22 |
| College – (30 Rock) | 3/15/12 | WNYW | NBC Studios, Inc. (now known as NBC Studios, LLC) | Exhibit 23 |

3

| | | | | |
|---|---|---|---|---|
| Christmas Attack Zone – (30 Rock) | 3/19/12 | WNYW | NBC Studios, Inc. (now known as NBC Studios, LLC) | Exhibit 24 |
| Operation Righteous Cowboy Lightening – (30 Rock) | 3/21/12 | WNYW | NBC Studios, LLC | Exhibit 25 |
| Que Sorpresa – (30 Rock) | 3/22/12 | WNYW | NBC Studios, LLC | Exhibit 26 |
| Double Edged Sword – (30 Rock) | 3/23/12 | WNYW | NBC Studios, LLC | Exhibit 27 |
| The Search – (The Office) | 3/14/12 | WNYW | Universal Network Television, LLC | Exhibit 28 |
| PDA – (The Office) | 3/15/12 | WNYW | Universal Network Television, LLC | Exhibit 29 |
| St. Patricks Day – (The Office) | 3/16/12 | WWOR | Universal Network Television, LLC | Exhibit 30 |
| Albatross – (Law & Order: Criminal Intent) | 3/20/12 | WWOR | Universal Network Television, LLC | Exhibit 31 |
| World's Fair – (Law & Order: Criminal Intent) | 3/21/12 | WWOR | Universal Network Television, LLC | Exhibit 32 |
| Privilege – (Law & Order: Criminal Intent) | 3/22/12 | WWOR | Universal Network Television, LLC | Exhibit 33 |

4

| | | | | |
|---|---|---|---|---|
| Flipped – (Law & Order: Criminal Intent) | 3/23/12 | WWOR | Universal Network Television, LLC | Exhibit 34 |
| Al Rojo Vivo | 3/15/12 | WNJU | Telemundo Network Group LLC | Exhibit 35 (advance notice) |
| Al Rojo Vivo | 3/22/12 | WNJU | Telemundo Network Group LLC | Exhibit 35 (advance notice) |
| Noticiero 47 | 3/15/12 | WNJU | WNJU-TV Broadcasting LLC | Exhibit 36 (advance notice) |
| Noticiero 47 | 3/22/12 | WNJU | WNJU-TV Broadcasting LLC | Exhibit 36 (advance notice) |

# EXHIBIT 4

Case 1:12-cv-01540-AJN   Document 1-1   Filed 03/01/12   Page 12 of 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-726-996**

Effective date of registration:

March 29, 2011

## Title
- **Title of Work:** AMERICA'S FUNNIEST HOME VIDEOS (2118)

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** March 27, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** American Broadcasting Companies, Inc.
- **Author Created:** All other cinematographic material.
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** AMERICAN BROADCASTING COMPANIES, INC.
  77 West 66th Street, New York, NY 10023 United States

## Limitation of copyright claim
- **Material excluded from this claim:** Contains preexisting video footage.
- **New material included in claim:** All other cinematographic material.

## Certification
- **Name:** Thad Scroggins
- **Date:** March 28, 2011
- **Applicant's Tracking Number:** 92413

Page 1 of 1

Registration #: PA0001726996
Service Request #: 1-588190691



American Broadcasting Companies, Inc.
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635   United States