UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

AMERICAN BROADCASTING COMPANIES, INC.,  :
DISNEY ENTERPRISES, INC., CBS BROADCASTING  :
INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA,  :
LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK  :
TELEVISION, LLC, TELEMUNDO NETWORK GROUP  :
LLC., WNJU-TV BROADCASTING LLC,  :  12 Civ. 1540 (AJN)
                                       :      **ECF CASE**
      Plaintiffs,                         :
                                       :
           v.                              :
                                       :
AEREO, INC.,                              :
                                       :
      Defendant.                       :
                                       :
------------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENTS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

certifies that:

1.     American Broadcasting Companies, Inc. is an indirect, wholly-owned

subsidiary of The Walt Disney Company, a publicly-traded company;

2.     Disney Enterprises, Inc. is a wholly-owned subsidiary of The Walt Disney

Company, a publicly-traded company;

3.      CBS Broadcasting Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

4.      CBS Studios Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the voting stock of CBS Corporation;

5.      NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded company, and General Electric Corporation, a publicly traded company;

6.      NBC Studios, LLC is wholly and indirectly owned by NBCUniversal Media, LLC.  NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded company, and General Electric Corporation, a publicly traded company;

7.      Universal Network Television, LLC is wholly and indirectly owned by NBCUniversal Media, LLC.  NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded company, and General Electric Corporation, a publicly traded company;

8.      Telemundo Network Group LLC is wholly and indirectly owned by NBCUniversal Media, LLC.  NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded company, and General Electric Corporation, a publicly traded company;

9.      WNJU-TV Broadcasting LLC is wholly and indirectly owned by
NBCUniversal Media, LLC.  NBCUniversal Media, LLC is indirectly owned by Comcast
Corporation, a publicly traded company, and General Electric Corporation, a publicly
traded company.

By: /s/ Bruce P. Keller
    Bruce P. Keller
    (bpkeller@debevoise.com)
    Michael R. Potenza
    (mpotenza@debevoise.com)
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

    *Counsel for Plaintiffs*

Dated:  March 1, 2012

3