USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,

    Plaintiffs,

v.

AEREO, INC.,

    Defendant.

Case No. 12-Civ-1540 (AJN)

ECF CASE

[~~PROPOSED~~] ORDER
ADMITTING COUNSEL
*PRO HAC VICE*

Upon consideration of this application from Yvonne W. Chan requesting Admission *Pro Hac Vice*, dated March 13, 2012 it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Yvonne W. Chan is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Aereo, Inc., in the above-captioned proceeding.

Dated: March 16, 2012

_____
United States District Judge

LIBNY/5184220.1