```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 6 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,

    Plaintiffs,

v.

AEREO, INC.,

    Defendant.

Case No. 12-Civ-1540 (AJN)

ECF CASE

[~~PROPOSED~~] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of this application from Mark S. Puzella requesting Admission *Pro Hac Vice*, dated March 13, 2012 it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Mark S. Puzella is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Aereo, Inc., in the above-captioned proceeding.

Dated: March 16, 2012

_____
United States District Judge

LIBNY/5184219.1