USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,

    Plaintiffs,

  v.

AEREO, INC.,

    Defendant.

Case No. 12-Civ-1540 (AJN)

ECF CASE

[~~PROPOSED~~] ORDER ADMITTING COUNSEL *PRO HAC VICE*

---

Upon consideration of this application from John C. Englander requesting Admission *Pro Hac Vice*, dated March 13, 2012 it is hereby

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, John C. Englander is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Aereo, Inc., in the above-captioned proceeding.

Dated: March 16, 2012

_____
United States District Judge