UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBC UNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>AEREO, INC.,<br><br>        Defendant. | Case No. 12-CV-1540 (AJN)<br>[rel. 12-Civ-1543 (AJN)]<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please enter the appearance of John C. Englander, of Goodwin Procter LLP, as counsel for Defendant Aereo, Inc., in the above-captioned matter. I certify that I am admitted to practice *pro hac vice* in this court for the duration of this action.

| | |
|---|---|
| Dated: March 23, 2012 | Respectfully submitted,<br><br>By: /s/ John C. Englander<br>John C. Englander (*admitted Pro Hac Vice*)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109-2802<br>Tel.: 617-570-1000<br>Fax: 617-523-1231<br>E-Mail: mpuzella@goodwinprocter.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on March 23, 2012, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-CM/ECF registered participants on March 23, 2012.

/s/ John C. Englander
John C. Englander