UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
AMERICAN BROADCASTING COMPANIES, :
INC., DISNEY ENTERPRISES, INC., CBS : **ECF Case**
BROADCASTING INC., CBS STUDIOS INC., :
NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS,: No. 12 Civ. 1540 (AJN)
LLC, UNIVERSAL NETWORK TELEVISION, :
LLC, TELEMUNDO NETWORK GROUP LLC, :
WNJU-TV BROADCASTING LLC, :
                                    :
            Plaintiffs,             : **NOTICE OF APPEARANCE**
                                    :
     - against -                    :
                                    :
AEREO, INC.,                        :
                                    :
            Defendant.              :
----------------------------------- X

PLEASE TAKE NOTICE that I, Michael S. Elkin, hereby respectfully enter an appearance for Defendant Aereo, Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 29, 2012

                              **WINSTON & STRAWN LLP**

                              s/ Michael S. Elkin
                                  Michael S. Elkin
                              melkin@winston.com

                              200 Park Avenue
                              New York, New York 10166
                              Tel: (212) 294- 6700

                              *Attorneys for Defendant Aereo, Inc.*

NY:1387578.1

## CERTIFICATE OF SERVICE

      I, Robert C. Turner, hereby certify that the foregoing Notice of Appearance of Michael S. Elkin was served by operation of the ECF System and U.S. Mail, first class postage pre-paid, this 29th day of March, 2012, on the following counsel of record:

Bruce P. Keller
Michael R. Potenza
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022
212 909-6000
212 909-6836 (fax)
bpkeller@debevoise.com
mpotenza@debevoise.com

R. David Hosp
Yvonne W Chan
John Clifford Englander
Mark S. Puzella
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617)-570-1089
(617)-523-1231 (fax)
rhosp@goodwinprocter.com
ychan@goodwinprocter.com
jenglander@goodwinprocter.com
mpuzella@goodwinprocter.com

Seth D Greenstein
Constantine Cannon LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
202-204-3514
(202) 204-3501 (fax)
sgreenstein@constantinecannon.com

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NY:1387609.2

Dated: New York, New York
       March 29, 2012

_____
Robert C. Turner