UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC., CBS
BROADCASTING INC., CBS STUDIOS INC.,
NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS,
LLC, UNIVERSAL NETWORK TELEVISION,
LLC, TELEMUNDO NETWORK GROUP LLC,
WNJU-TV BROADCASTING LLC,

      Plaintiffs,

  - against -

AEREO, INC.,

      Defendant.
---------------------------------------- X

ECF Case

No. 12 Civ. 1540 (AJN)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, Jennifer A. Golinveaux, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Aereo, Inc. in the above-captioned action.

I am a member in good standing of the Bar of the State of California, and a copy of my certificate of good standing at same is attached as Exhibit A hereto. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: San Francisco, California
   April 5, 2012

          Respectfully Submitted,
          WINSTON & STRAWN LLP

          /Jennifer A. Golinveaux/
          101 California Street
          San Francisco, CA
          T: (415) 591-1000
          F: (415) 591-1400
          jgolinveaux@winston.com

# EXHIBIT A

Case 1:12-cv-01540-AJN   Document 32   Filed 04/06/12   Page 2 of 6



THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 2, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER ANN GOLINVEAUX, #203056 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WNET, THIRTEEN, FOX TELEVISION
STATIONS, INC., TWENTIETH CENTURY FOX :  ECF Case
FILM CORPORATION, WPIX, INC., UNIVISION :
TELEVISION GROUP, INC., THE UNIVISION :  No. 12 Civ. 1543 (AJN)
NETWORK LIMITED PARTNERSHIP, and     :  [rel. 12-Civ.-1540 (AJN)]
PUBLIC BROADCASTING SERVICE,

                Plaintiffs,

                                ORDER GRANTING ADMISSION
       - against -                           *PRO HAC VICE*

AEREO, INC. f/k/a BAMBOOM LABS, INC.,

                Defendant.
------------------------------------X

      The motion of Jennifer A. Golinveaux, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of California, and that her contact information is as follows:

    Jennifer A. Golinveaux
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA
    T: (415) 591-1000
    F: (415) 591-1400
    jgolinveaux@winston.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Aereo, Inc. f/k/a Bamboom Labs, Inc., in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* as counsel for Aereo, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

-2-

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  New York, New York
_____ \_\_, 2012

_____
Hon. Alison J. Nathan, United States District Judge

## CERTIFICATE OF SERVICE

I, Robert C. Turner, hereby certify that the foregoing Motion to Appear *Pro Hac Vice* of Jennifer A. Golinveaux was served by U.S. Mail, first class postage pre-paid, this 5th day of April, 2012, on the following counsel of record:

Bruce P. Keller
Michael R. Potenza
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022
212 909-6000
212 909-6836 (fax)

R. David Hosp
Yvonne W Chan
John Clifford Englander
Mark S. Puzella
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617)-570-1089
(617)-523-1231 (fax)

Seth D Greenstein
Constantine Cannon LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
202-204-3514
(202) 204-3501 (fax)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
April 5, 2012

_____
Robert C. Turner