USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 13 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
AMERICAN BROADCASTING COMPANIES, :
INC., DISNEY ENTERPRISES, INC., CBS :   ECF Case
BROADCASTING INC., CBS STUDIOS INC., :
NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS,: No. 12 Civ. 1540 (AJN)
LLC, UNIVERSAL NETWORK TELEVISION, :
LLC, TELEMUNDO NETWORK GROUP LLC, :
WNJU-TV BROADCASTING LLC, :
:
                Plaintiffs, :   **ORDER GRANTING ADMISSION**
:   *PRO HAC VICE*
    - against - :
:
AEREO, INC., :
:
                Defendant. :
:
------------------------------------- x

    The motion of Jennifer A. Golinveaux, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of California, and that her contact information is as follows:

    Jennifer A. Golinveaux
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA
    T: (415) 591-1000
    F: (415) 591-1400
    jgolinveaux@winston.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Aereo, Inc., in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* as counsel for Aereo, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       April 13, 2012

_____
Hon. Alison J. Nathan, United States District Judge