*Nathan, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 1 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC., :
DISNEY ENTERPRISES, INC., CBS BROADCASTING :
INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, :
LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK :
TELEVISION, LLC, TELEMUNDO NETWORK GROUP :
LLC. and WNJU-TV BROADCASTING LLC, :
 :
                      *Plaintiffs,* :          12 Civ. 1540 (AJN)
 :
          v. :
 :
AEREO, INC., :
 :
                   *Defendant.* :

-------------------------------------------------------------------X


-------------------------------------------------------------------X

WNET, THIRTEEN, FOX TELEVISION STATIONS, :
INC., TWENTIETH CENTURY FOX FILM :
CORPORATION, WPIX, INC., UNIVISION :
TELEVISION GROUP, INC., THE UNIVISION :
NETWORK LIMITED PARTNERSHIP :
and PUBLIC BROADCASTING SERVICE, :
 :
                   *Plaintiffs* :          12 Civ. 1543 (AJN)
 :
          v. :
 :
AEREO, INC. f/k/a BAMBOOM LABS, INC., :
 :
                   *Defendant.* :

-------------------------------------------------------------------X

### STIPULATION REGARDING THE FILING OF PRELIMINARY INJUNCTION PRE-HEARING PAPERS

In order to facilitate the filing of the parties' preliminary injunction pre-hearing papers on the

expedited schedule ordered by the Court, and in order to protect confidential information from

inadvertent release to the public, the parties hereby agree and stipulate as follows:

1.  The parties' preliminary injunction pre-hearing briefs and supporting materials shall be initially filed under seal on the filing dates set forth in the Court's scheduling order;

2.  Within 5 days of a party's under seal filing, the opposing party shall identify the portions of the filing which it claims should be kept redacted.  Objections to the unsealing of portions not thus identified are waived, and they shall promptly be unsealed;

3.  Within the next 3 days, the party that filed under seal shall file a redacted version of its filing, applying the redactions requested by the opposing party.

4.  Within 3 days of the filing of the redacted papers, the parties shall meet and confer with respect to any contested redactions, and shall promptly submit any unresolved matters to the Court by letter.

5.  With respect to redactions on which the parties agree, they (jointly or singly) shall within, the 5 days following the meet and confer period, submit a letter to the court explaining the reasons for the redactions.  The parties must attach to the letter(s) one full set of the relevant document(s) in highlighted form (i.e., with the words, phrases, or paragraphs that are redacted highlighted).

IT IS HEREBY STIPULATED:

Dated:  April 27, 2012

R. David Hosp
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000 (tel.)
617.523.1231 (fax)
rhosp@goodwinprocter.com

Of Counsel:

John C. Englander
Mark S. Puzella
Yvonne W. Chan
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000 (tel.)
617.523.1231 (fax)
jenglander@goodwinprocter.com
mpuzella@goodwinprocter.com
ychan@goodwinprocter.com

Michael S. Elkin
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
212.294.6700 (tel.)
212.294.4700 (fax)
melkin@winston.com
tlane@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
415.591.1000 (tel)
415.591.1400 (fax)
jgolinveaux@winston.com

Seth Greenstein
CONSTANTINE | CANNON, LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005

3

202.204.3514 (tel.)
202.204.3500 (fax)
sgreenstein@constantinecannon.com

*Counsel for Aereo, Inc.*

Bruce P. Keller
Michael R. Potenza
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
212.909.6000
bpkeller@debevoise.com
mpotenza@debevoise.com

*Counsel for Plaintiffs American Broadcasting
Companies, Inc., Disney Enterprises, Inc., CBS
Broadcasting Inc., CBS Studios Inc.,
NBCUniversal Media, LLC, NBC Studios,
LLC, Universal Network Television, LLC,
Telemundo Network Group LLC, and WNJU-
TV Broadcasting LLC*

Steven B. Fabrizio (SF 8639)
Steven R. Englund
Scott B. Wilkens
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001-4412
202.639.6000 (tel.)
202.639.6066 (fax)
sfabrizio@jenner.com
senglund@jenner.com
swilkens@jenner.com

David J. Bradford
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
312.222.9350 (tel.)
312.527.0484 (fax)
dbradford@jenner.com

4

Kenneth D. Klein
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
213.239.5100 (tel.)
213.239.5199 (fax)
kklein@jenner.com

*Counsel for Plaintiffs WNET, THIRTEEN, Fox
Television Stations, Inc., Twentieth Century
Fox Film Corporation, WPIX, Inc., Univision
Television Group, Inc., The Univision Network
Limited Partnership, and Public Broadcasting
Service*

IT IS HEREBY ORDERED:

Honorable Alison J. Nathan
United Stated District Judge

5/1/12