USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 3 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

                Plaintiffs,

     -v-

AEREO, INC.,

                Defendant,
------------------------------------------------------------X

12 Civ. 1540 (AJN)

SCHEDULING ORDER

WNET ET AL,

                Plaintiffs,

     -v-

AEREO, INC.,

                Defendant,
------------------------------------------------------------X

12 Civ. 1543

ALISON J. NATHAN, District Judge:

       The Court is in receipt of Aereo's letter requesting that the Court strike Plaintiffs' expert declarations in this matter. Any response shall be submitted to the Court no later than 3:00 pm, May 4, 2012.

       SO ORDERED:

Dated: May 3, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge