UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN BROADCASTING COMPANIES, INC.,   :
DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., :
CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC,   :
NBC STUDIOS, LLC, UNIVERSAL NETWORK     :
TELEVISION, LLC, TELEMUNDO NETWORK      :
GROUP LLC, WNJU-TV BROADCASTING LLC,    :
                                  :
     Plaintiffs,                  :
                                    :
           v.               :   12 Civ. 1540 (AJN)
                                    :
AEREO, INC.,                      :
                                    :
     Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                    :

WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., :
TWENTIETH CENTURY FOX FILM CORPORTION,   :
WPIX, INC., UNIVISION TELEVISION GROUP, INC.,  :
THE UNIVISION NETWORK LIMITED PARTNERSHIP  :
and PUBLIC BROADCASTING SERVICE,      :
                                    :
     Plaintiffs,                  :
                                    :
           v.               :   12 Civ. 1543 (AJN)
                                    :
AEREO, INC. f/k/a BAMBOOM LABS, INC.,    :
                                    :
     Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### CERTIFICATE OF SERVICE

     I, Jennifer Insley-Pruitt, hereby certify that on May 1, 2012, I caused a true copy

of the foregoing opening pre-hearing briefs, declarations, and accompanying exhibits to

be served on all parties via email PDF copy.

Dated: New York, New York
       May 1, 2012

Jennifer Insley-Pruitt
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: 212-909-6246
Fax: 212-521-8869
Email: jinsleypruitt@debevoise.com