UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS, INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>AEREO, INC.<br><br>      Defendants. | Civ. Act. No. 12-CV-1540(AJN)<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF MARKHAM C. ERICKSON** |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>AEREO, INC., f/k/a BAMBOOM LABS, INC.<br><br>      Defendant/Counterclaim Plaintiff | Civ. Act. No. 12-CV-1543(AJN) |

**MOTION FOR PRO HAC VICE
ADMISSION OF MARKHAM C. ERICKSON**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Catherine Sarah Grealis, hereby move for an Order allowing the admission *pro hac vice* of Markhan C. Erickson to appear as counsel for NetCoalition in the above-captioned action. I am a member in good standing of the bar of this Court and there are no pending disciplinary proceedings against me in any State or Federal court.

Mr. Erickson's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Markham C. Erickson |
| Firm Name: | Holch & Erickson LLP |
| Address: | 400 North Capital Street, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 624-1460 |
| Fax Number: | (202) 393-5218 |

Mr. Erickson is a member in good standing of the Bar of the State of Virginia. There are no pending disciplinary proceedings against Mr. Markham in any State or Federal court.

Date: May 11, 2012

Respectfully submitted,

Catherine Sarah Grealis
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
cgrealis@wsgr.com
Telephone (212) 999-5800
Fax (212) 999-5899

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS, INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>AEREO, INC.<br><br>    Defendants. | Civ. Act. No. 12-CV-1540(AJN)<br><br>**AFFIDAVIT OF CATHERINE SARAH GREALIS IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MARKHAM C. ERICKSON** |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>AEREO, INC., f/k/a BAMBOOM LABS, INC.<br><br>    Defendant/Counterclaim Plaintiff | Civ. Act. No. 12-CV-1543(AJN) |

State of New York  )
                       ) ss:
County of New York  )

    Catherine Sarah Grealis, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Markham C. Erikson as counsel *pro hac vice* to represent NetCoalition in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 2010. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Erickson is a member of the law firm of Holch & Erickson, in Washington, DC. A true and correct copy of Mr. Erickson's Certificate of Good Standing is attached hereto as Exhibit "A".

4. I believe Mr. Erickson to be a skilled attorney and of high moral character.

5. Accordingly, I am pleased to move the admission of Markham C. Erickson, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission *pro hac vice* of Markham C. Erickson, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Markham C. Erickson, *pro hac vice*, to represent NetCoalition in the above-captioned matter, be granted.

Date: May 11, 2012
New York, New York

_____
Catherine Sarah Grealis

Sworn to before me this
11th day of May, 2012

_____
Notary Public

LEE ANN ALMEIDA
Notary Public, State of New York
No. 01AL6226533
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires August 9, 2014

# Exhibit A

Case 1:12-cv-01540-AJN   Document 54   Filed 05/11/12   Page 5 of 10



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MARKHAM CHO ERICKSON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. ERICKSON WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 15, 1993,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued May 4, 2012*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS, INC., NBCUNIVERSAL MEDIA LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>AEREO, INC.<br><br>      Defendants. | Civ. Act. No. 12-CV-1540(AJN)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>AEREO, INC., f/k/a BAMBOOM LABS, INC.<br><br>      Defendant/Counterclaim Plaintiff | Civ. Act. No. 12-CV-1543(AJN) |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Catherine Sarah Grealis, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | Markham C. Erickson |
| Firm Name: | Holch & Erickson LLP |
| Address: | 400 North Capital Street, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 624-1460 |
| Fax Number: | (202) 393-5218 |

is admitted to practice *pro hac vice* as counsel for NetCoalition in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: May ____, 2012
New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of Markham C. Erickson to be served via electronic mail on:

| | |
|---|---|
| **Bruce P. Keller**<br>Debevoise & Plimpton, LLP (NYC)<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br>212 909-6000<br>Fax: 212 909-6836<br>Email: bpkeller@debevoise.com<br>*ATTORNEY FOR PLAINTIFFS* | **Michael R. Potenza**<br>Debevoise & Plimpton, LLP (NYC)<br>919 Third Avenue, 31st Floor<br>New York, NY 10022<br>(212) 909-6000<br>Email: mpotenza@debevoise.com<br>*ATTORNEY FOR PLAINTIFFS* |
| **Jennifer A. Golinveaux**<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-1000<br>Fax: (415) 591-1400<br>Email: jgolinveaux@winston.com<br>*PRO HAC VICE*<br>*ATTORNEY FOR DEFENDANT* | **John Clifford Englander**<br>Goodwin Procter, L.L.P.<br>Exchange Place, 53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br>Fax: (617) 523-1231<br>Email: jenglander@goodwinprocter.com<br>*PRO HAC VICE*<br>*ATTORNEY FOR DEFENDANT* |
| **Mark S. Puzella**<br>Goodwin Procter, LLP (Boston)<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617) 570-1000<br>Fax: (617) 570-1231<br>Email: mpuzella@goodwinprocter.com<br>*PRO HAC VICE*<br>*ATTORNEY FOR DEFENDANT* | **Michael S. Elkin**<br>Winston & Strawn LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>(212)-294-6729<br>Fax: (212)-294-4700<br>Email: melkin@winston.com<br>*ATTORNEY FOR DEFENDANT* |
| **R. David Hosp**<br>Goodwin Procter, LLP (Boston)<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617)-570-1089<br>Fax: (617)-523-1231<br>Email: rhosp@goodwinprocter.com<br>*ATTORNEY FOR DEFENDANT* | **Seth D Greenstein**<br>Constantine Cannon LLP<br>One Franklin Square<br>1301 K Street, NW, Suite 1050 East<br>Washington, DC 20005<br>202-204-3514<br>Fax: (202) 204-3501<br>Email: sgreenstein@constantinecannon.com<br>*PRO HAC VICE*<br>*ATTORNEY FOR DEFENDANT* |

_____
Catherine Sarah Grealis