USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 14 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS, INC., NBCUNIVERSAL MEDIA LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,

Plaintiffs/Counterclaim Defendants,

v.

AEREO, INC.

Defendants.

Civ. Act. No. 12-CV-1540(AJN)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,

Plaintiffs/Counterclaim Defendants,

v.

AEREO, INC., f/k/a BAMBOOM LABS, INC.

Defendant/Counterclaim Plaintiff

Civ. Act. No. 12-CV-1543(AJN)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Catherine Sarah Grealis, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | Markham C. Erickson |
| Firm Name: | Holch & Erickson LLP |
| Address: | 400 North Capital Street, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 624-1460 |
| Fax Number: | (202) 393-5218 |

is admitted to practice *pro hac vice* as counsel for NetCoalition in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: May 14, 2012
New York, New York

Hon. Alison J. Nathan, United States District Judge