UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Broadcasting Companies, Inc., *et al.*, | ECF CASE |
| | 1:12-cv-01540 (AJN) |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| AEREO, Inc., | |
| Defendant. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Mitchell L. Stoltz, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for *Amicus Curiae* Electronic Frontier Foundation in the above-captioned action.

I am a member in good standing of the bars of the state of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:    May 8, 2012

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

_____
Mitchell L. Stoltz
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: mitch@eff.org

# CERTIFICATE OF SERVICE

Case No. 12-cv-1540 AJN
*American Broadcasting Companies, Inc., et al. v. AEREO, Inc.*

I, Stephanie Shattuck, declare:

I am employed in the city and county of San Francisco, California. My business address is 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On May 10, 2012, at the above-referenced address, I served the attached MOTION FOR ADMISSION *PRO HAC VICE* and ORDER GRANTING ADMISSION *PRO HAC VICE* on the interested parties in said cause by:

<u>U.S. MAIL</u>: Placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Bruce P. Keller, Esq.
Michael R. Potenza, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY  10022
Tel: 212 909-6000
Fax: 212 909-6836
Email: bpkeller@debevoise.com

*Attorneys for Plaintiffs/Counter-Defendants*

Jennifer A. Golinveaux, Esq.
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

John Clifford Englander, Esq.
Mark S. Puzella, Esq.
R. David Hosp, Esq.

Yvonne W Chan, Esq.
GOODWIN PROCTER, L.L.P.
Exchange Place, 53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
Email: jenglander@goodwinprocter.com
Email: mpuzella@goodwinprocter.com
Email: rhosp@goodwinprocter.com
Email: ychan@goodwinprocter.com

Michael S. Elkin, Esq.
Thomas Patrick Lane, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212)-294-6700
Fax: (212)-294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Seth D Greenstein, Esq.
CONSTANTINE CANNON LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
Tel: 202-204-3500
Fax: (202) 204-3501
Email: sgreenstein@constantinecannon.com

*Attorneys for Defendant/Counter-Claimant*

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 10, 2012

                                                    Stephanie Shattuck
                                                    Legal Secretary

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

American Broadcasting Companies, Inc., *et al.*,

                    Plaintiff,

v.

AEREO, Inc.,

                    Defendant.

ECF CASE

1:12-cv-01540 (AJN)

**ORDER GRANTING ADMISSION**
***PRO HAC VICE***

The motion of Mitchell L. Stoltz for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia; and that his contact information is as follows:

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: mitch@eff.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *Amicus Curiae* Electronic Frontier Foundation in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:     New York, New York

          _____ \_\_\_\_, 2012

                                            _____

                                            Hon. Alison J. Nathan, United States District Judge



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Mitchell Leff Stoltz

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of January, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **16th day of April, 2012**.



Robert D. Mayberger
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ MITCHELL  STOLTZ _____

was on the __10TH__ day of _____DECEMBER, 2007_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 19, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk