USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 15 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Broadcasting Companies, Inc., *et al.*,

        Plaintiff,

v.

AEREO, Inc.,

        Defendant.

1:12-cv-01540 (AJN)

**ORDER GRANTING ADMISSION**
***PRO HAC VICE***

The motion of Mitchell L. Stoltz for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia; and that his contact information is as follows:

    Mitchell L. Stoltz
    ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
    San Francisco, CA 94110
    Tel: (415) 436-9333
    Fax: (415) 436-9993
    Email: mitch@eff.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *Amicus Curiae* Electronic Frontier Foundation in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

2

Filing (ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   New York, New York

    May 15, 2012

                                 _____
                                 Hon. Alison J. Nathan, United States District Judge