**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
AMERICAN BROADCASTING  :
COMPANIES, INC., et al.,  :
                                              :  Civil Action No. 12-CV-1540 (AJN)
      Plaintiffs/Counterclaim Defendants, :  ECF Case
v.  :
  :
AEREO, INC.  :
  :
      Defendant/Counterclaim Plaintiff.  :
------------------------------------------------------X
WNET, et al.,  :
  :  Civil Action No. 12-CV-1543 (AJN)
      Plaintiffs/Counterclaim Defendants, :  ECF Case
  :
v.  :
  :
AEREO, INC., f/k/a/ BAMBOOM LABS  :
  :
      Defendant/Counterclaim Plaintiff.  :
------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, *amici curiae* the Computer & Communications Industry Association and NetCoalition state that neither entity has a parent corporation and no publicly held corporation has an ownership stake of 10% or more in either entity.

Respectfully submitted,

/s/ Markham C. Erickson
Markham C. Erickson
Holch & Erickson LLP
Executive Director, NetCoalition
400 N. Capitol St., Suite 585
Washington, D.C., 20001
202-624-1460
merickson@holcherickson.com

May 22, 2012    Counsel for *Amici*