AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ABC, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cv-01540-AJN |
| AEREO, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Electronic Frontier Foundation and Public Knowledge

Date:    05/23/2012

/s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stoltz (NY SBN 4466272)
*Printed name and bar number*

Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110
*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*