USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 4 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

                Plaintiffs,

      -v-

AEREO, INC.,

                Defendant,
-------------------------------------------------------------X

WNET ET AL,

                Plaintiffs,

      -v-

AEREO, INC.,

                Defendant,
-------------------------------------------------------------X

12 Civ. 1540 (AJN)

ORDER

12 Civ. 1543

ALISON J. NATHAN, District Judge:

      The thirty-five page reply brief submitted by Plaintiffs is in substantial noncompliance with this Court's individual rules, which limit such briefs to ten pages unless prior permission to submit an oversized brief has been obtained. (*See* Judge Nathan's Individual Rules of Practice in Civil Cases 3.B). Plaintiffs' reply brief is stricken, with leave to refile a brief complying with the Court's rules no later than 9:00 am, May 25, 2012.

      SO ORDERED:

Dated: May 24 2012
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge