USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 24 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

          Plaintiffs,

-v-

AEREO, INC.,

          Defendant,
-------------------------------------------------------------X

WNET ET AL,

          Plaintiffs,

-v-

AEREO, INC.,

          Defendant,
-------------------------------------------------------------X

12 Civ. 1540 (AJN)

ORDER

12 Civ. 1543

ALISON J. NATHAN, District Judge:

The Court GRANTS the motions of NetCoalition and the Electronic Frontier Foundation to file amicus curiae briefs in this matter.

SO ORDERED:

Dated: May 24 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge