UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

AMERICAN BROADCASTING COMPANIES, INC., :
DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., :
CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, :
NBC STUDIOS, LLC, UNIVERSAL NETWORK :
TELEVISION, LLC, TELEMUNDO NETWORK :
GROUP LLC, WNJU-TV BROADCASTING LLC, :
:
    Plaintiffs, :
:
                  v. :  12 Civ. 1540 (AJN)
:
AEREO, INC., :
:
    Defendant. :

------------------------------------------------------- X

WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., :
TWENTIETH CENTURY FOX FILM CORPORTION, :
WPIX, INC., UNIVISION TELEVISION GROUP, INC., :
THE UNIVISION NETWORK LIMITED PARTNERSHIP :
and PUBLIC BROADCASTING SERVICE, :
:
    Plaintiffs, :
:
                  v. :  12 Civ. 1543 (AJN)
:
AEREO, INC. f/k/a BAMBOOM LABS, INC., :
:
    Defendant. :

------------------------------------------------------- X

## CERTIFICATE OF SERVICE

    I, Jennifer Insley-Pruitt, hereby certify that on May 25, 2012, I caused a true copy of the foregoing reply pre-hearing brief, declaration, and accompanying exhibits to be served on all parties via email PDF copy.

Dated: New York, New York
       May 25, 2012

                                                     /s/ Jennifer Insley-Pruitt

Jennifer Insley-Pruitt
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: 212-909-6246
Fax: 212-521-8869
Email: jinsleypruitt@debevoise.com