**MEMO ENDORSED**

# JENNER&BLOCK

Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel 202-639-6000
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

June 25, 2012

Scott B. Wilkens
Tel 202 639-6072
Fax 202 661-4832
swilkens@jenner.com

VIA E-MAIL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 6 2012

The Honorable Alison J. Nathan
United States District Judge
United States District Court for
 the Southern District of New York
500 Pearl Street, Room 615
New York, NY  10007

Re:   *ABC, et al. v. Aereo*, Inc., 12-Civ-1540-AJN; *WNET, et al. v. Aereo*, Inc., 12-Civ-1543-AJN

Dear Judge Nathan:

The parties in the above-referenced matters write jointly with respect to the filing of sealed documents in these related cases. It has come to the parties' attention that their under-seal filings, although double-captioned, were entered only on the docket for case no. 12-Civ-1540, rather than on the dockets for both cases as the parties intended.

Specifically, the parties intended that their opening, response, and reply briefs, their proposed findings of fact and conclusions of law, and their responses to each others' proposed findings of fact and conclusions of law, be filed under seal in both actions. These sealed documents, however, were only docketed in 12-Civ-1540, under the following docket entries.

- Dkt. 37, 05/02/2012, SEALED DOCUMENT placed in vault.
- Dkt. 62, 05/21/2012, SEALED DOCUMENT placed in vault.
- Dkt. 73, 05/25/2012, SEALED DOCUMENT placed in vault.
- Dkt. 96, 06/11/2012, SEALED DOCUMENT placed in vault.
- Dkt. 97, 06/11/2012, SEALED DOCUMENT placed in vault.
- Dkt. 103, 06/18/2012, SEALED DOCUMENT placed in vault.
- Dkt. 105, 06/18/2012, SEALED DOCUMENT placed in vault.

The Honorable Alison J. Nathan
June 25, 2012
Page 2

**JENNER&BLOCK**

*So Ordered*
*AJN*

    The parties respectfully request that the Clerk of the Court be directed to enter these sealed filings on the docket for 12-Civ-1543 as well, *nunc pro tunc*, without requiring the parties to tender duplicate signed originals of such filings for that purpose.

Respectfully submitted,

*/s/ Scott B. Wilkens*
Scott B. Wilkens

cc: Counsel of Record

SO ORDERED: 6/26/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE