UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AMERICAN BROADCASTING COMPANIES, INC., :
DISNEY ENTERPRISES, INC., CBS BROADCASTING :
INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, :
LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK :
TELEVISION, LLC, TELEMUNDO NETWORK GROUP :
LLC and WNJU-TV BROADCASTING LLC, : 12 Civ. 1540 (AJN)
:
      Plaintiffs, : ECF Case
:
          v. : **NOTICE OF APPEAL**
:
AEREO, INC., :
:
      Defendant. :
------------------------------------------------------------------- x

      NOTICE is hereby given, pursuant to 28 U.S.C. § 1292(a)(1), that plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., NBCUniversal Media, LLC, NBC Studios, LLC, Universal Network Television, LLC, Telemundo Network Group LLC and WNJU-TV Broadcasting LLC hereby appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion and Order of the Honorable Alison J. Nathan, entered on July 11, 2012 (ECF Dkt. No. 109), denying plaintiffs' Joint Motion for a Preliminary Injunction (attached as Exhibit A).

|  |  |
|---|---|
|  | DEBEVOISE & PLIMPTON LLP |
| Dated: New York, New York<br>July 12, 2012 | By: /s/ Bruce P. Keller<br>Bruce P. Keller<br>(bpkeller@debevoise.com)<br>Jeffrey P. Cunard<br>(jpcunard@debevoise.com)<br>Michael R. Potenza<br>(mpotenza@debevoise.com)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel.:    (212) 909-6000<br>Fax:    (212) 909-6836<br><br>*Attorneys for Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., NBCUniversal Media, LLC, NBC Studios, LLC, Universal Network Television, LLC, Telemundo Network Group LLC and WNJU-TV Broadcasting LLC*<br><br>Appellants |

TO:   R. David Hosp
       John C. Englander
       Mark S. Puzella
       Yvonne W. Chan
       GOODWIN PROCTER LLP
       Exchange Place
       Boston, MA 02109

       Seth Greenstein
       CONSTANTINE | CANNON, LLP
       One Franklin Square
       1301 K Street, NW, Suite 1050 East
       Washington, DC 20005

       Michael S. Elkin
       Thomas Patrick Lane
       WINSTON & STRAWN LLP
       200 Park Avenue
       New York, NY 10166

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111

*Attorneys for Aereo, Inc.*