USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 1 7 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN BROADCASTING COMPANIES, INC. ET AL,

                Plaintiffs,

     -v-

AEREO, INC.,

                Defendant,
-----------------------------------------------------------X

WNET ET AL,

                Plaintiffs,

     -v-

AEREO, INC.,

                Defendant,
-----------------------------------------------------------X

12 Civ. 1540 (AJN)

ORDER

12 Civ. 1543

ALISON J. NATHAN, District Judge:

    A scheduling conference is set for September 7, 2012, at 3:00 pm. No later than September 4, 2012, the parties shall submit to the Court their proposals regarding an appropriate schedule for this matter.

    SO ORDERED:

Dated: August 17, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1