**MEMO ENDORSED**

# GOODWIN | PROCTER

R. David Hosp
617.570.1089
dhosp@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2012
```

September 6, 2012

**Via Electronic Mail**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re: *American Broadcasting Companies, Inc. et al. v. Aereo, Inc.*, S.D.N.Y. Civ. Action No. 12-Civ-1540 & *WNET et al. v. Aereo, Inc.*, S.D.N.Y. Civ. Action No. 12-Civ-1543

Dear Judge Nathan:

We write, with the consent of all parties, to request an adjournment of the scheduling conference presently set for 10:00 a.m. on September 19, 2012, until 4:00 p.m. that afternoon. Counsel for defendant Aereo, Inc. has an unforeseen conflict in the morning, but counsel for all parties are available in the afternoon. We have consulted with Chambers, and understand that the Court is available for a conference at 4:00 p.m. on September 19, 2012.

*So Ordered*

Sincerely,

R. David Hosp

cc:  Steven Fabrizio, Esq.
     Bruce Keller, Esq.

SO ORDERED: 9/7/12

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE