USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 21 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

          Plaintiffs,

12 Civ. 1540 (AJN)

-v-

ORDER

AEREO, INC.,

          Defendant,
------------------------------------------------------------X

WNET ET AL,

          Plaintiffs,

12 Civ. 1543

-v-

AEREO, INC.,

          Defendant,
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      As discussed at the conference on September 19, 2012, fact discovery in these cases will progress, and is set to close on February 22, 2013. Within two weeks of the close of discovery, the parties shall submit a joint status letter expressing their positions as to the proper schedule for the remainder of this matter, including expert discovery and dispositive motions.

      SO ORDERED:

Dated: September 21, 2012
       New York, New York

                                      ALISON J. NATHAN
                                   United States District Judge

1