UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC., CBS
BROADCASTING INC., CBS STUDIOS INC.,
NBCUNIVERSAL MEDIA, LLC, NBC
STUDIOS, LLC, UNIVERSAL NETWORK
TELEVISION, LLC, TELEMUNDO
NETWORK GROUP LLC, WNJU-TV
BROADCASTING LLC,

          Plaintiffs,

          v.

AEREO, INC.,

          Defendant.

Case No. 12-Civ-1540 (AJN)

ECF CASE

## AMENDED CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT AEREO, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local

Rules of the United States District Court for the Southern District of New York, the undersigned

certifies that Aereo, Inc. has no parent corporation and that USANi LLC, a subsidiary of

IAC/InterActiveCorp, a publicly-traded company, owns 10% or more of its stock.

Dated: November 1, 2012

/s/ R. David Hosp
R. David Hosp  (RH 3344)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
rhosp@goodwinprocter.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2012.

/s/ R. David Hosp