UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) |

## AEREO'S MOTION TO CONSOLIDATE

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Defendant Aereo, Inc. ("Aereo") hereby moves this Court to enter an order consolidating the above-captioned cases into a single action. Consolidation is appropriate and warranted because these two cases, which have already been designated as related cases, involve common questions of law and fact. In

addition, these cases have proceeded in a coordinated fashion to date, and consolidation will continue to promote the interests of judicial economy and efficiency.

In further support of this Motion, Aereo relies on the accompanying Memorandum of Law.

WHEREFORE, Aereo respectfully requests that this Court enter the Proposed Order, attached hereto, consolidating *American Broadcasting Companies, Inc. et al. v. Aereo, Inc.*, 12-cv-1540, and *WNET et al. v. Aereo, Inc.*, 12-cv-1543.

Dated: November 13, 2012

Respectfully submitted,

AEREO, INC.

By its attorneys,

/s/ R. David Hosp
R. David Hosp  (RH 3344)
John C. Englander (admitted *pro hac vice*)
Mark S. Puzella (admitted *pro hac vice*)
Yvonne W. Chan (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000 (tel.)
617.523.1231 (fax)
jenglander@goodwinprocter.com
rhosp@goodwinprocter.com
mpuzella@goodwinprocter.com
ychan@goodwinprocter.com

Seth Greenstein (admitted *pro hac vice*)
CONSTANTINE | CANNON, LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
202.204.3514 (tel.)
202.204.3500 (fax.)
sgreenstein@constantinecannon.com

Michael S. Elkin
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
212.294.6700 (tel)
212.294.4700 (fax)
melkin@winston.com
tlane@winston.com

Jennifer A. Golinveaux (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
415.591.1000 (tel)
415.591.1400 (fax)
jgolinveaux@winston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies, via first class mail, postage pre-paid, will be sent to those indicated as non registered participants on November 13, 2012.

                                                /s/ R. David Hosp