# JENNER&BLOCK

Jenner & Block LLP
633 West 5th St.
Suite 3600
Los Angeles, CA 90071-2054
Tel 231 239-5100
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

Julie A. Shepard
Tel 213-239-2207
Fax 213 239-2217
jshepard@jenner.com

February 5, 2013

**VIA EMAIL
(NathanNYSDChambers@nysd.uscourts.gov)**

The Honorable Alison J. Nathan
United States District Judge
United States District Court for
  the Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

   *Re: WNET, et al., v. Aereo, Inc., No. 12-Civ.-1540-AJN (S.D.N.Y)- Consolidated*

Dear Judge Nathan:

This letter is sent to correct a typographical error that appears in my February 1, 2013 letter on page 7 in the first sentence of the first paragraph under heading "B." The word "entirely" should be "not" as Plaintiffs are not making a claim for actual damages. I apologize for any confusion or inconvenience this error may have caused.

Sincerely,

Julie Shepard

cc: All Counsel of Record