UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

               Plaintiffs,

    -v-

AEREO, INC.,

               Defendant,
-------------------------------------------------------------X

WNET ET AL,

               Plaintiffs,

    -v-

AEREO, INC.,

               Defendant,
-------------------------------------------------------------X

12 Civ. 1540 (AJN)

<u>ORDER</u>

12 Civ. 1543

ALISON J. NATHAN, District Judge:

    On January 29, 2013, WNET Plaintiffs submitted to the Court a letter requesting that the Court order Defendant to produce certain documents. On pages two and three, Plaintiffs note that the letter contains portions of reports that were designated "Highly Confidential," and which "should be redacted if th[e] letter is filed in the Court's record."

    Pursuant to Rule 1(F) of its Individual Practices, the Court will ordinarily docket all letters that it receives. If the Court has not received a proposed redacted version of this letter by February 13, 2013, it will docket the letter as it was received. Plaintiffs are admonished to follow the Court's Individual Practices in Civil Cases when submitting the proposed redacted letter, (*see* Rule 4(A) of the Court's Individual Practices), and in all future correspondence.

    SO ORDERED:

Dated: February ___, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge