USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
AMERICAN BROADCASTING COMPANIES,
INC., et al.                        :

            Plaintiffs,             :

    -against-                       :     12 Civ. 1540 (AJN)(HBP)

AEREO INC.,                         :     ORDER

            Defendant.              :
------------------------------------X
                                    :
WNET, et al.
                                    :
            Plaintiffs,
                                    :
    -against-                             12 Civ. 1543 (AJN)(HBP)
                                    :
AEREO INC.,
                                    :
            Defendant.
                                    :
------------------------------------X

        PITMAN, United States Magistrate Judge:

        A conference having been held on February 25, 2013, during which various discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  No later than March 11, 2013, defendant is ordered to produce the internet protocol addresses of

its subscribers in response to WNET Plaintiffs' Second Set of Document Requests No. 3.

2. No later than March 11, 2013, plaintiffs shall identify all document repositories, including custodian files, that can reasonably be expected to contain responsive documents, as well as those document repositories that have already been searched.

3. No later than March 11, 2013, to the extent it had not already done so, defendant shall produce all valuations provided to investors and potential investors along with any associated backup that was also provided to investors and potential investors.

4. No later than March 8, 2013, defendant shall submit a brief identifying specific discovery sought from plaintiffs relating to the harm/damages suffered by plaintiffs, and explaining the relevance of such discovery to plaintiffs' claims for statutory damages and defendant's fair use defense. Plaintiffs shall respond by March 19, 2013. Each brief is limited to 15 double-spaced pages. Oral argument will be held on March 21, 2013 at 2:00 p.m.

5. Plaintiffs' objections to defendant's requests for lobbying documents are sustained.

6. Plaintiffs' motion to compel a more definite answer to their Request for Admission No. 15 is denied.

7. Plaintiffs are directed to recast their Request for Admission No. 20 to seek whether any written or oral agreements existed between defendant and Fox.

8. Depositions are to proceed without delay. Defendant is directed to make its witnesses available forthwith notwithstanding defendant's dissatisfaction with plaintiffs' document production.

Dated:  New York, New York
        February 26, 2013

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Bruce P. Keller, Esq.
Michael R. Potenza, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, New York  10022

David J. Bradford, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654

Steven B. Fabrizio, Esq.
Joshua N. Friedman, Esq.
Scott B. Wilkens, Esq.
Steven R. Englund, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC  20001

Julie A. Shepard, Esq.
Richard L. Stone, Esq.
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

Kenneth D. Klein, Esq.
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

Brian J. Doyle, Esq.
Elizabeth E. Brenckman, Esq.
Fish & Richardson P.C.
601 Lexington Ave, 52nd Floor
New York, New York  10022

Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, California  94111

John C. Englander, Esq.
Yvonne W. Chan, Esq.
Goodwin Procter, LLP
Exchange Place, 53 State Street
Boston, Massachusetts  02109

Kevin K. Su, Esq.
Mark S. Puzella, Esq.
R. David Hosp, Esq.
Fish & Richardson P.C.
One Marina Park Drive
Boston, Massachusetts  02110

4

Michael S. Elkin, Esq.
Seth E. Spitzer, Esq.
Thomas Patrick Lane, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

Seth D. Greenstein, Esq.
Constantine Cannon LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC  20005