633 WEST 5TH STREET  SUITE 3600  LOS ANGELES  CALIFORNIA  90071-2091

**JENNER&BLOCK** LLP

**MEMO ENDORSED**

Julie A. Shepard
Tel  213 239-2207
Fax 213 239-2217
jshepard@jenner.com

March 14, 2013

*Via Facsimile*

The Honorable Magistrate Judge Henry Pitman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/13

Re:   *WNET, et al. v. Aereo, Inc.*, No. 12-cv-1540-AJN - Consolidated

Dear Judge Pitman:

The WNET Plaintiffs request that the agenda for the hearing on March 21, 2013 include Aereo's Motion to Quash the WNET Plaintiffs' subpoena to Google, Inc. ("Aereo's Motion"). Aereo's Motion is based on the supposed burden the subpoena imposes <u>on Google</u> (even though Google did not submit an affidavit or any papers in support of Aereo's Motion) and claimed inadequacies of the protection afforded under the Amended Protective Order entered in this case.[1]

The WNET Plaintiffs' subpoena, which seeks documents relating to Aereo's marketing and advertising strategies as well as the Google Analytics data pertaining to Aereo's website, was served on December 7, 2012. Aereo filed a Motion to Quash on December 21, and the matter was fully briefed by January 22, 2013. The Honorable Paul S. Grewal, Magistrate Judge of the Northern District of California, took the matter under submission on January 25, 2013 without holding a hearing. *See American Broadcasting Companies, Inc. et al v. Aereo, Inc.*, United States District Court, Northern District of California, Case No. 5:12-mc-80300-RMW, ECF. No. 11. As no ruling has been issued yet on Aereo's Motion and Google's documents were subpoenaed for the purposes of using them in connection with depositions to be taken in this

---

[1]  Aereo's position in its Motion is inconsistent with Aereo's description of the Amended Protective Order submitted to this Court in its March 12, 2013 letter in which Aereo described the Amended Protective Order as putting "more than sufficient measures in place to ensure the protection of confidential information."

TOTAL P.03

March 14, 2013
Page 2

case, the WNET Plaintiffs believe that this Court should be aware of Aereo's Motion when setting the new discovery cutoff. Further, the WNET Plaintiffs request that Aereo's Motion be decided by this Court to expedite discovery in this case.[2] This seems to be an appropriate course of action because only the WNET Plaintiffs and Aereo have an interest in Aereo's Motion. Google did not file a motion to quash or any papers to support Aereo's Motion, but rather informed counsel for the WNET Plaintiffs that Google would produce the subpoenaed documents if Aereo had no objection. *See* Shepard Decl, ¶ 3.

Sincerely,

Julie A. Shepard

cc: All Counsel of Record

---

[2] Courtesy copies of the Aereo's Motion, the WNET Plaintiffs' opposition and Aereo's reply along with all supporting papers (including the Declaration of Julie Shepard ("Shepard Decl.") in support of the WNET Plaintiffs' opposition) will be submitted to the Court today.

2182773.1

### ENDORSEMENT

### WNET, et al. v. Aereo Inc.
### 12 Civ. 1543 (AJN)(HBP)

Given that Aereo's motion to quash WNET's subpoena has already been fully briefed to Judge Grewal and has been before Judge Grewal for approximately two months, I shall <u>not</u> consider it at the conference scheduled for March 21, 2013. It is inappropriate to have two judges considering the same motion at the same time.

Dated:  New York, New York
        March 18, 2013

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

All Counsel

**MEMO ENDORSED**