USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
AMERICAN BROADCASTING COMPANIES,   :
INC., et al.                       :
                                   :
                Plaintiffs,        :   12 Civ. 1540 (AJN)(HBP)
                                   :
    -against-                      :   ORDER
                                   :
AEREO INC.,                        :
                                   :
                Defendant.         :
                                   :
-----------------------------------X
                                   :
WNET, et al.                       :
                                   :
                Plaintiffs,        :   12 Civ. 1543 (AJN)(HBP)
                                   :
    -against-                      :   ORDER
                                   :
AEREO INC.,                        :
                                   :
                Defendant.         :
                                   :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        It is hereby ORDERED that:

        1. All fact discovery shall be completed no later than June 14, 2013.

        2. Plaintiffs shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than July 15, 2013.

3. Defendant shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than August 14, 2013.

4. All expert witness depositions shall be completed no later than September 16, 2013.

5. Dispositive motions, if any, shall be served and filed no later than October 15, 2013.

6. The Pretrial Order, in the form required by Judge Nathan, along with all other pretrial submissions required by Judge Nathan, shall be filed on November 14, 2013, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later. For the convenience of all parties, a copy of Judge Nathan's rules is available on the Court's website: www.nysd.uscourts.gov.

Dated: New York, New York
April 1, 2013

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel