UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
AMERICAN BROADCASTING COMPANIES,
INC., et al.                       :

                 Plaintiffs,       :

     -against-                     :   12 Civ. 1540 (AJN)(HBP)

AEREO INC.,                        :   ORDER

                 Defendant.        :

-----------------------------------X
                                   :
WNET, et al.
                                   :
                 Plaintiffs,
                                   :
     -against-                     :   12 Civ. 1543 (AJN)(HBP)
                                   :
AEREO INC.,                            ORDER
                                   :
                 Defendant.
                                   :
-----------------------------------X

          PITMAN, United States Magistrate Judge:

          No later than April 8, 2013, plaintiffs are to submit their factual and legal support for their contention that the

documents that are the subject of defendants April 2, 2013 letter are privileged.

Dated:  New York, New York
        April 2, 2013

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

All Counsel

2