# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

April 24, 2013

Web Site
www.fr.com



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

**VIA ELECTRONIC MAIL**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *WNET, et al. v. Aereo, Inc.*, **12-cv-1540-AJN (S.D.N.Y.) (Consolidated)**

Dear Judge Nathan:

Aereo, Inc. received Plaintiffs' Response to Aereo's Objections to Magistrate Judge Pitman's Discovery Dispute Rulings at 6:00 p.m. on April 23, 2013. We write to advise the Court that Aereo intends to submit a reply to Plaintiffs' Response no later than the close of business on Friday, April 27, 2013.

Very truly yours,

*/s/ R. David Hosp*

R. David Hosp


cc: All Counsel of Record