# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

June 7, 2013



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

**VIA ELECTRONIC MAIL**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 614
New York, NY 10007

Re:   *ABC, et al. v. Aereo, Inc.*, **12-cv-1540-AJN (S.D.N.Y.) (Consolidated)**

Dear Judge Nathan:

After the close of business yesterday evening, Defendant Aereo, Inc. ("Aereo") received ABC Plaintiffs' Objections to Magistrate Judge Pitman's Ruling on Discovery Disputes. We write to advise the Court that Aereo intends to submit a response to the Objections no later than June 14, 2013.

Respectfully submitted,

*/s/ R. David Hosp*

R. David Hosp


cc: All Counsel of Record