**MEMO ENDORSED**

# FISH & RICHARDSON P.C.

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 19 2013

June 18, 2013



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

VIA ELECTRONIC MAIL

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 614
New York, NY 10007

Re: *ABC, et al. v. Aereo, Inc.*, 12-cv-1540-AJN (S.D.N.Y.) (Consolidated)

Dear Judge Nathan:

As you are aware, Defendant Aereo, Inc. filed a Motion for Summary Judgment in the above-referenced consolidated actions on May 14, 2013. The ABC and WNET Plaintiffs filed separate Oppositions to Aereo's Motion on June 7, 2013.

Rather than file two separate ten-page Replies to Plaintiffs' Oppositions, Aereo intends to submit a consolidated twenty-page Reply. Aereo has discussed this matter with counsel for the ABC and WNET Plaintiffs, and they have consented to the filing of a consolidated twenty-page Reply.

[handwritten: request granted. So ordered.]

If the filing of such a consolidated Reply addressing all issues from Plaintiffs' Oppositions is not acceptable to the Court, please let us know.

Very truly yours,

/s/ R. David Hosp

R. David Hosp

cc: All Counsel of Record

SO ORDERED: 6/19/13

[signature]
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE