USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>Plaintiffs,<br><br>v.<br><br>AEREO, INC. f/k/a BAMBOOM LABS, INC.,<br><br>Defendant. | Case No. 12-Civ-1540 (AJN) (consolidated) |
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AEREO, INC.,<br><br>Defendant. | Case No. 12-Civ-~~1540~~ 1543 (AJN)<br><br>STIPULATION + ORDER |

## STIPULATION

This is a stipulation between the WNET Plaintiffs and the ABC Plaintiffs (collectively "Plaintiffs") on the one hand and Aereo, Inc. ("Defendant," and collectively with Plaintiffs, the "Parties"). The Parties have conferred about the Court's June 12, 2013 Order [Dkt. No. 212] and the Court's July 3, 2013 Order [Dkt. No. 227] and set forth below the following agreement to the following proposed schedule, subject to the Court's approval.

WHEREAS the Court issues an Order on June 12 [Dkt. No. 212], providing the following case management dates:

    a. All fact discovery shall be completed by August 14, 2013. Plaintiffs shall complete their document productions by June 14, 2013.

    b. Plaintiffs shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than September 16, 2013.

    c. Defendant shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than October 15, 2013.

    d. All expert witness depositions shall be completed no later than November 14, 2013.

    e. Dispositive motions, if any, shall be served and filed no later than December 16, 2013.

WHEREAS the Court issued a subsequent Order on July 3 [Dkt. No. 227], changing the date for the completion of all discovery to October 30, 2013.

WHEREAS Plaintiffs and Defendant have conferred about the impact of the continuation of the fact discovery cut-off in the Court's July 3 Order [Dkt. No. 227] on the other case management dates set forth in the Court's June 12 Order [Dkt. No. 212] and propose the case

-2-
STIPULATION CONCERNING DISCOVERY AND CASE MANAGEMENT DATES

2230419 2

management dates set forth below which maintains the October 30, 2013 fact discovery cut off while providing other specific case management dates.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all Parties, subject to the Court's approval, as follows:[1]

   a. All fact discovery shall be completed by October 30, 2013 as per this Court's July 3 Order [Dkt. No. 227].

   b. Plaintiffs shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than November 18, 2013.

   c. Defendant shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(2) no later than December 20, 2013.

   d. All expert witness depositions shall be completed no later than February 3, 2014.

   e. Dispositive motions, if any, shall be served and filed no later than February 14, 2014.

   f. Pretrial order and pretrial submissions shall be served and filed no later than March 17, 2014, or 30 days after the Court rules on any dispositive motions that are filed, whichever is later.

IT IS SO STIPULATED.

DATED: September 20, 2013                         JENNER & BLOCK LLP

                                                  By: _____
                                                  Julie A. Shepard
                                                  JENNER & BLOCK LLP
                                                  633 West 5th Street, Suite 3600
                                                  Los Angeles, CA 90071-2054

---

[1] There are currently several motions pending before the Court, the resolution of which may affect the schedules for both fact and expert discovery.

- 3 -

2230419 2                                STIPULATION CONCERNING DISCOVERY AND CASE MANAGEMENT DATES

|                              |                                                                                                                                                                                               |
|------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                              | Telephone (213) 239-5100<br>Facsimile (213) 239-5199<br><br>*Attorneys for WNET, THIRTEEN, Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, WPIX LLC, Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service* |
| DATED: September 20, 2013    | WINSTON & STRAWN LLP<br><br>By: __Michael Elkin (w/ permission JMS)__<br>Michael Elkin<br>200 Park Avenue<br>New York, NY 10166<br>Telephone (212) 294-6700<br>Facsimile (212) 294-4700<br>melkin@winston.com<br><br>*Attorneys for Aereo, Inc.* |
| DATED: September 20, 2013    | DEBEVOISE & PLIMPTON LLP<br><br>By: __Bruce P. K.__<br>Bruce P. Keller<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone (212) 909-6000<br>Facsimile (212) 909-6836<br>bpkeller@debevoise.com<br><br>*Attorneys for American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., NBCUniversal Media, LLC, NBC Studios, LLC, Universal Network Television, LLC, Telemundo Network Group LLC, and WNJU-TV Broadcasting LLC* |

SO ORDERED

__/s/ Henry Pitman__
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
10-30-13

- 4 -