UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, LLC, UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AEREO, INC. f/k/a BAMBOOM LABS, INC.,<br><br>*Defendant*. | ECF Case<br><br>Case No. 12-civ-1540-AJN<br>(Consolidated) |

## MOTION FOR LEAVE TO WITHDRAW STEVEN B. FABRIZIO AS COUNSEL FOR WNET PLAINTIFFS

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the law firm of Jenner & Block LLP files this Motion for Leave to Withdraw Steven B. Fabrizio as Counsel for Plaintiffs WNET, THIRTEEN, Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, WPIX, LLC, Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service (collectively, the "WNET Plaintiffs"), in the above-captioned case. In support of this motion, Jenner & Block LLP states as follows:

1. Effective December 6, 2013, Mr. Fabrizio is resigning from the partnership of Jenner & Block LLP.

2. The WNET Plaintiffs have been informed of and consent to the withdrawal of Mr. Fabrizio.

2245126.1

3. The WNET Plaintiffs remain represented in this action by the law firm of Jenner & Block LLP.

4. The withdrawal of Mr. Fabrizio will not affect the case schedule in any way.

5. For the foregoing reasons, Jenner & Block LLP respectfully request that this Court grant leave for Steven B. Fabrizio to withdraw as counsel for the WNET Plaintiffs.

Respectfully submitted,

December 4, 2013

/s/ Julie A. Shepard
Julie A. Shepard
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Telephone (213) 239-5100
Fascimile (213) 239-5199

*Attorney for Plaintiffs*

2245126.1

## Certificate of Service

I, Julie A. Shepard, hereby certify that on December 4, 2013, I caused a true copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW STEVEN B. FABRIZIO AS COUNSEL FOR THE WNET Plaintiffs** to be served on all parties via ECF.

                                          /s/ Julie A. Shepard
                                          Julie A. Shepard
                                          JENNER & BLOCK LLP
                                          633 West 5th Street
                                          Suite 3600
                                          Los Angeles, CA 90071-2054
                                          Telephone (213) 239-5100
                                          Fascimile (213) 239-5199

                                          *Attorney for Plaintiffs*

2245126.1