D E B E V O I S E  &  P L I M P T O N  LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 2, 2014

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**ABC, et al v. Aereo, Inc., 12-cv-1540 (AJN)(HBP) (consolidated)**
**WNET, et al v. Aereo, Inc., 12-cv-1543 (AJN)(HBP)**

Dear Judge Nathan:

        For the reasons discussed this afternoon with your law clerk, the parties in the above-captioned actions request an additional week, until July 9, 2014, to submit the joint status letter ordered in Docket No. 308 (12-cv-1540).

                                                Respectfully submitted,

                                                /s/ Matthew E. Fishbein

                                                Matthew E. Fishbein

cc:     R. David Hosp, Esq.
        Richard L. Stone, Esq.

New York  •  Washington, D.C.  •  London  •  Paris  •  Frankfurt  •  Moscow  •  Hong Kong  •  Shanghai