UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case # 12-cv-1540(AJN)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand and fourteen,

WNET, Thirteen, Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service,

    Plaintiffs-Counter-Defendants - Appellants,

v.

AEREO, Incorporated, FKA Bamboom Labs, Inc.,

    Defendants-Counter-Claimants- Appellees.

ORDER
Docket No. 12-2786

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 31, 2014

American Broadcasting Companies Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., NBCUniversal Media, LLC, NBC Studios, LLC, Universal Network Television, LLC, Telemundo Network Group LLC, WNJU-TV Broadcasting LLC,

    Plaintiff-Counter-Defendant - Appellants,

v.

AEREO, Inc.,

    Defendant-Counter-Claimant - Appellee.

Docket No. 12-2807

Pursuant to the United States Supreme Court's opinion, which reversed and remanded this court's decision. The mandate in this case is hereby recalled.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/31/2014