

**FISH & RICHARDSON**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 2 2014

Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878

617 542 5070 main
617 542 8906 fax

**R. David Hosp**
Principal
hosp@fr.com
617 368 2125 direct

August 29, 2014

<u>Via ECF</u>

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *ABC, et al. v. Aereo, Inc.*, Nos. 12-Civ-1540, 1543-AJN (S.D.N.Y.) (Consolidated)

Dear Judge Nathan:

Pursuant to Rules 1A and 3E of the Court's Individual Practices in Civil Cases, Defendant Aereo, Inc. ("Aereo") respectfully requests the opportunity for the parties to present the Court with oral argument regarding the preliminary injunction issues addressed in the parties' recent written submissions (No. 12-Civ-1540, Dkt. Nos. 323, 325-327). Aereo believes oral argument is necessary, given the complex nature of these issues and the catastrophic harm Aereo would experience if an injunction were entered.

Additionally, pursuant to Rule 4A of the Court's Individual Practices in Civil Cases, Aereo seeks the Court's permission to submit a substantive request for redaction of the Expert Report of Dr. Tasneem Chipty (properly served on all parties today, and to be filed as Exhibit 8 in connection with Aereo's Opposition briefing, Dkt. Nos. 325-327) no later than September 5, 2014, and respectfully requests that the Court deem Dr. Chipty's report timely-filed. Dr. Chipty's report contains extremely sensitive information that Plaintiffs and Aereo have designated Highly Confidential under the Protective Order in this case, so the parties must confer and jointly submit their substantive request for redaction pursuant to Rule 4A.

Very truly yours,

/s/ R. David Hosp

R. David Hosp
Principal

cc: All Counsel of Record

> Defendant Aereo's request to submit a substantive request for redaction of the Expert Report of Dr. Tasneem Chipty no later than September 5, 2014 is GRANTED. Dr. Chipty's report will be deemed timely filed as of August 29, 2014.
>
> Defendant's request for oral argument is GRANTED. Oral argument shall be held on October 15, 2014 at 10:00 a.m.

SO ORDERED: 9/2/14

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

fr.com