CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC                    J E N N E R & B L O C K LLP

September 5, 2014

Julie A. Shepard
Tel  213 239-2207
Fax 213 239-2217
jshepard@jenner.com

The Honorable Alison J. Nathan
United States District Judge
United States District Court for
  the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, NY  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2014

Re:    *WNET, et al. v. Aereo, Inc.* and *ABC, et al. v. Aereo, Inc.*, No. 12-cv-1540-AJN –
       Consolidated

Dear Judge Nathan:

Pursuant to Your Honor's Order dated June 24, 2013 [Dkt. 215], and Rule 4.A of the Court's
Individual Practices, Plaintiffs seek the Court's permission to submit a substantive request for
redaction of the following documents (served on all parties on September 5, 2014) no later than
September 10, 2014, and respectfully request that the Court deem these documents timely-filed:

1.  Reply Memorandum on Remand in Support of a Preliminary Injunction ("Reply Brief");
2.  The Declaration of Julie Shepard and Exhibits A-M thereto;
3.  The Declaration of Bruce Keller and Exhibit A thereto; and
4.  Plaintiffs' Evidentiary Objections to Aereo's Submission of the Chipty Report in
    Opposition to Plaintiffs' Motion for Preliminary Injunction.[1]

Aereo does not object to this proposal.  These documents contain extremely sensitive
information that Plaintiffs and Aereo have designated as Highly Confidential under the
Protective Order in this case, so the parties must confer and jointly submit their substantive
request for redaction pursuant to Rule 4.A.  Plaintiffs are mindful of Your Honor's policy on
redactions and have already held one meet and confer with Aereo regarding both parties'
proposed redactions to Plaintiffs' Reply Brief, supporting documents and evidentiary objections.
However, as contemplated in Your Honor's June 24, 2013 Order, Plaintiffs need additional time
to meet and confer with Aereo regarding the redactions of the Highly Confidential portions of
these documents.  On September 10, Plaintiffs will submit a joint letter from the parties to the
Court, along with their proposed redactions pursuant to Rule 4.A., asking the Court to file under
seal the documents listed above while allowing Plaintiffs to file redacted versions of these same
documents in the public docket.

---

[1] The Declaration of Sherry Brennan does not require redaction and will be filed via ECF today.

September 5, 2014
Page 2

After Your Honor rules on the parties' proposed redactions, Plaintiffs will promptly file redacted versions of its papers in the public docket and provide Your Honor with courtesy copies of all motion papers pursuant to Rule 3.D.  In the interim, if Your Honor would like a courtesy copy of Plaintiffs' Reply Brief or any other papers earlier, they will be provided promptly upon request.

Respectfully submitted,

/s/ *Julie A. Shepard*

Julie A. Shepard
Jenner & Block LLP
*Counsel for the WNET Plaintiffs*

cc: All Counsel of Record

> Plaintiffs' unopposed request to meet and confer with Defendant and submit a joint request for redactions of the documents listed in Plaintiffs' September 5, 2014 letter is GRANTED.  The Court will deem these documents timely filed as of September 5, 2014.
>
> The parties shall jointly submit their proposed redactions and justifications no later than September 10, 2014 in accordance with Rule 4.A. of this Court's Individual Practices in Civil Cases.
>
> In the interim, Plaintiffs shall promptly submit, via email to the Court, copies of the documents listed in the September 5, 2014 letter with yellow highlighting indicating proposed redactions.

SO ORDERED:  9|8|14

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

2305476.4