UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COS., INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC, <br><br>      Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.,<br><br>      Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) (HBP) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>      Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.,<br><br>      Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) (HBP) |

**DEFENDANT AEREO, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Defendant, Aereo Inc. ("Aereo") hereby moves this Court before the Honorable Allison J. Nathan, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York,

New York 10007, for leave to file the accompanying letter from Seth D. Greenstein to Ms. Marlene Dortch, Secretary, Federal Communications Commission, dated October 10, 2014, as supplemental evidence in support of its Opposition to Plaintiffs' Motion for Preliminary Injunction.  The letter is a disclosure that relates to the Federal Communications Commission's consideration of including systems (such as Aereo) that provide, over the Internet, linear channels of broadcast video programming for purchase by subscribers in the definition of "Multichannel Video Programming Distributors."  Aereo submitted the letter for the public record, pursuant to the requirements of 47 C.F.R. § 1.1206, in the matter of *Interpretation of the Terms "Multichannel Video Programming Distributor" and "Channel,"* MB Docket No. 12-83, and it is available online at http://apps.fcc.gov/ecfs/document/view?id=60000972464.  Aereo seeks to refer to the letter at the hearing scheduled for October 15, 2014.

Dated: October 14, 2014                     \_\_/s/ R. David Hosp_____
                                            R. David Hosp  (RH 3344)
                                            Mark S. Puzella (admitted *pro hac vice*)
                                            FISH & RICHARDSON P.C.
                                            One Marina Park Drive
                                            Boston, MA 02210
                                            617.542.5070 (tel)
                                            617.542.8906 (fax)
                                            hosp@fr.com
                                            puzella@fr.com

                                            Seth Greenstein (admitted *pro hac vice*)
                                            CONSTANTINE | CANNON, LLP
                                            1001 Pennsylvania Avenue, NW, Suite 1300N
                                            Washington, DC 20004
                                            202.204.3514 (tel)
                                            202.204.3500 (fax)
                                            sgreenstein@constantinecannon.com

Michael S. Elkin
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
212.294.6700 (tel)
212.294.4700 (fax)
melkin@winston.com
tlane@winston.com

Jennifer A. Golinveaux (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
415.591.1000 (tel)
jgolinveaux@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                _____*/s/ R. David Hosp*_____
                                                         R. David Hosp