633 WEST 5TH STREET  SUITE 3600  LOS ANGELES  CALIFORNIA 90071-2054

**JENNER&BLOCK** LLP

November 5, 2014

Julie Shepard
Tel  213 239-2207
Fax 213 239-2217
jshepard@jenner.com

**VIA CM/ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   WNET, et al. v. Aereo, Inc., No. 12-cv-1540-AJN – Consolidated

Dear Judge Nathan:

The parties jointly request that the Court grant a short extension of their deadline from Thursday, November 6, 2014, to Wednesday, November 12, 2014 to submit a joint letter outlining how this case should proceed expeditiously to the final merits stage.  Counsel for the parties have been conferring in an effort to determine if they will be able to present this Court with a joint proposal, to set forth the details of that proposal and to identify and narrow any areas of disagreement.

Respectfully submitted,

Julie Shepard

cc:   David Hosp, Esq.
      Bruce Keller, Esq.
      All other ECF recipients