USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 14 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Broadcasting Companies, Inc., et al.,

Plaintiffs,

–v–

Aereo, Inc.,

Defendant.

12-CV-1540 (AJN)

ORDER

WNET, et al.,

Plaintiffs,

–v–

Aereo, Inc.,

Defendant.

12-CV-1543 (AJN)

ALISON J. NATHAN, District Judge:

On January 22, 2014, this Court stayed discovery in these consolidated actions pending a decision by the Supreme Court on Plaintiffs' appeal of this Court's and the Second Circuit's denial of a preliminary injunction. Dkt. No. 307 in 12-CV-1540.[1]  Before that stay was entered, and as noted in this Court's Order dated January 13, 2014, the parties had already expended significant resources to complete fact discovery, which closed on October 30, 2013, and had nearly completed expert discovery, which was set to close on February 3, 2014. Dkt. No. 304. In light of this Court's most recent Opinion and Order, Dkt. No. 341, the Court believes that the most expeditious way to proceed is to complete all discovery and then allow the parties to submit

---

[1] All filings in the consolidated actions—12-CV-1540 and 12-CV-1543—shall be filed under 12-CV-1540. *See* Dkt. No. 124.

summary judgment motions on the basis of a closed factual record. This will allow the Court to address all issues for which there is no factual dispute at once, rather than in a piece-meal fashion.

Therefore, the Court hereby sets the following schedule:

- All expert discovery shall be completed by January 16, 2015;
- Summary judgment and *Daubert* motions, if any, are to be filed no later than February 16, 2015;

To the extent that factual issues remain to be tried, the Court will set an expedited schedule for trial following resolution of the summary judgment motions.

SO ORDERED.

Dated: Nov 14, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge